# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
|---|---|
| v. | CASE NUMBER: 12-PO-00160-DLW |
| JULIEN HASS | WILLIAM HERRINGER<br>(Defendant's Attorney) |

**THE DEFENDANT:** Plead Guilty to Count One of the Information.

**ACCORDINGLY,** the Court has adjudicated that the Defendant is Guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 USC 3, and 36 CFR 4.23(a)(2) | Driving with an Alcohol Concentration of 0.08 or More | 09/13/12 | One |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

October 25, 2012
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

October 25, 2012
Date

DEFENDANT: JULIEN HASS
CASE NUMBER: 12-PO-00160-DLW

Judgment-Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Sentenced to Credit for Time Served.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  JULIEN HASS  
CASE NUMBER:  12-PO-00160-DLW                                                                    Judgment-Page 3 of 6

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of one (1) year with the following special conditions:

1) The defendant shall obtain an alcohol evaluation and follow the recommendations as to any treatment recommended by the evaluation. Defendant shall furnish a copy of the evaluation to the Court and proof of completion of any treatment recommended.

2) The defendant shall have no violations of any federal, state or local statute or regulation for a period of one (1) year.

3) The defendant shall refrain from entering and being present in Mesa Verde National Park for a period of one (1) year.

4) The defendant shall pay a $10.00 special assessment fee.

DEFENDANT: JULIEN HASS  
CASE NUMBER: 12-PO-00160-DLW                                  Judgment-Page 4 of 6

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| One | $10.00 | 0 | $0.00 | $0.00 |
| **TOTALS** | $10.00 | | $0.00 | $0.00 |

DEFENDANT: JULIEN HASS
CASE NUMBER: 12-PO-00160-DLW                                          Judgment-Page 5 of 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Immediately

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment.